AO 247 (Rev.  08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| OTTO DAVION THOMPSON | ) Case No: 06-00176-002 |
| | ) USM No: 09552-003 |
| Date of Original Judgment: 03-29-2007 | ) |
| Date of Previous Amended Judgment: 04-13-2012 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____151_____ months **is reduced to** ___121 months___ .

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated ___03-29-2007___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___03-27-2015___

Callie V.S. Granade
U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S.
Government, ou=Federal Judiciary,
email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.03.26 10:24:26 -06'00'

*Judge's signature*

Effective Date: ___11-01-2015___           United States District Judge
*(if different from order date)*              *Printed name and title*